UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Sylvia Cohoon, | : |
| Plaintiff, | : Civil Action No.: 1:13-cv-01236-PLM |
| v. | : |
| Corinthian Colleges, Inc. d/b/a Everest College, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sylvia Cohoon and Defendant, Corinthian Colleges, Inc. d/b/a Everest College, by and through the undersigned counsel, have agreed to the Stipulated Dismissal with prejudice of all claims asserted in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff Sylvia Cohoon dismisses *with prejudice* all claims asserted in this matter. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 25th day of June, 2014.

| Sylvia Cohoon | Corinthian Colleges, Inc. d/b/a Everest College |
|---|---|
| /s/ Sergei Lemberg | /s/ Kevin Jacobs, Esq. |
| Sergei Lemberg, Esq.<br>LEMBERG LAW<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>Tel: (203) 653-2250<br>slemberg@lemberglaw.com<br>Attorney for Plaintiff | Kevin Jacobs, Esq.<br>HOMER BONNER JACOBS<br>1200 Four Seasons Tower<br>1441 Bricknell Avenue<br>Miami, Florida 33131<br>kjacobs@homerbonner.com<br>Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2014, I electronically filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE using CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Kevin Jacobs
HOMER BONNER JACOBS
1200 Four Seasons Tower
1441 Bricknell Avenue
Miami, Florida 33131
*Attorneys for Defendant Corinthian Colleges, Inc. d/b/a Everest College*

By */s/ Sergei Lemberg*
Sergei Lemberg, Esq.